# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

VANE LINE BUNKERING, INC.,

    Plaintiff,

v.                                                                        Case No. 11-C-240

THE MANITOWOC COMPANY, INC.,

    Defendant and Third Party Plaintiff,

v.

FINCANTIERI MARINE GROUP HOLDINGS, INC., and
FINCANTIERI-CANTIERI NAVALI ITALIANI S.p.A.,

    Third Party Defendants.

## ORDER

Pending before the Court in the above matter is a motion for partial dismissal of certain claims in the amended complaint. The parties appear to have jointly agreed to attempt mediation of their dispute. Accordingly, Plaintiff seeks an indefinite stay of the briefing related to the above motion. Based upon the foregoing, the Court takes the following action:

1. Defendants' motion for partial dismissal is denied without prejudice.
2. In the event mediation is unsuccessful, Defendant shall notify the Court and the denial of the motion will be vacated.
3. So as not to lose track of the matter, the Clerk shall set this case for a telephone status conference in 60 days.

**SO ORDERED** this 2nd day of November, 2011.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge